UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| SHARON POTTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 19-072-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of | ) | **JUDGMENT** |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is granted in favor of Andrew Saul, Commissioner of Social Security, on all claims alleged by Plaintiff Sharon Potter.

2.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: April 3, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

-1-